## UNITED STATES
### v.
## PORTER HANKS

### 1806

### JOURNAL ENTRIES

1. Depositions and recognizances filed . . . . *Journal, infra,* *p. 17
2. Indictment delivered . . . . . . . . . . " 23
3. Plea of guilty . . . . . . . . . . . . " 23
4. Argument heard in mitigation of fine . . . . . . " 24
5. Recognizance discharged . . . . . . . . . " 24
6. Motion for costs . . . . . . . . . . . " 24
7. Sentence . . . . . . . . . . . . . " 25
8. Amended sentence . . . . . . . . . . . " 27

PAPERS IN FILE

1. Bond to appear and to keep the peace . . . . . . . . . .